**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CONTINENTAL RESOURCES, INC.**, an Oklahoma corporation, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:25-cv-02181 |
| **HESS CORPORATION**, a Delaware corporation, **HESS BAKKEN INVESTMENTS II, LLC**, a Delaware limited liability company, **HESS TRADING CORPORATION**, a Delaware Corporation, and **HESS MIDSTREAM LP**, a Delaware limited partnership, | § § § § § § § § § | |
| *Defendants.* | § | |

### PLAINTIFF CONTINENTAL RESOURCES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Plaintiff Continental Resources, Inc. submits this corporate disclosure statement and states it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: May 14, 2025

Respectfully submitted,

**THE NORRIS FIRM PC**

*/s/ Joshua A. Norris*
Joshua A. Norris
Attorney-in-Charge
Texas State Bar No. 24027577
Thomas McCall
Texas Bar No. 24120236
Justin P. Quin
Texas Bar No. 24103893
24 Greenway Plaza, Suite 1800
Houston, Texas 77046
Telephone: (713) 588-4536

Email: josh@tnflaw.com
Email: thomas@tnflaw.com
Email: justin@tnflaw.com

-AND-

William D. Lampton
Texas State Bar No. 24138271
1575 Church Street, Suite C
Zachary, LA 70791
Telephone: (225) 612-2003
Email: will@tnflaw.com

***ATTORNEYS FOR CONTINENTAL RESOURCES, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, a true and correct copy of the foregoing is being served, upon filing, on all parties requesting electronic notification in this case via the Court's CM/ECF system.

*/s/ Joshua A. Norris*
JOSHUA A. NORRIS