IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CONTINENTAL RESOURCES, INC.**, an Oklahoma corporation, § § § § § § § § § § § § § § § § § | |
| *Plaintiff,* | |
| v. | Case No. 4:25-cv-02181 |
| **HESS CORPORATION**, a Delaware corporation, **HESS BAKKEN INVESTMENTS II, LLC**, a Delaware limited liability company, **HESS TRADING CORPORATION**, a Delaware Corporation, and **HESS MIDSTREAM LP**, a Delaware limited partnership, | |
| *Defendants.* | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Continental Resources, Inc. ("Continental") hereby gives notice that it is voluntarily dismissing this action without prejudice as to all Defendants. Defendants Hess Corporation, Hess Bakken Investments II, LLC, Hess Trading Corporation, and Hess Midstream LP have not served an answer or a motion for summary judgment in this action, so dismissal of this action is effective immediately upon the filing of this notice, without the need for a Court order, and is without prejudice. FED. R. CIV. P. 41(a)(1)(A)(i), (a)(1)(B); *see also Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010). Accordingly, Continental gives notice that this action is hereby dismissed without prejudice.

Dated: July 17, 2025

Respectfully submitted,

**THE NORRIS FIRM PC**

*/s/ Joshua A. Norris*
Joshua A. Norris
Attorney-in-Charge
Texas State Bar No. 24027577
Thomas McCall
Texas Bar No. 24120236
Justin P. Quin
Texas Bar No. 24103893
24 Greenway Plaza, Suite 1800
Houston, Texas 77046
Telephone: (713) 588-4536
Email: josh@tnflaw.com
Email: thomas@tnflaw.com
Email: justin@tnflaw.com

-AND-

William D. Lampton
Texas State Bar No. 24138271
1575 Church Street, Suite C
Zachary, LA 70791
Telephone: (225) 612-2003
Email: will@tnflaw.com

-AND-

**EVANS LAW PLLC**

Kevin D. Evans (*pro hac vice*)
5613 DTC Parkway, Suite 850
Greenwood Village, CO 80111
Tel: 720.738.3971
Email: kdevans@evanspllc.law

***ATTORNEYS FOR CONTINENTAL RESOURCES, INC.***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2025, a true and correct copy of the foregoing is being served, upon filing, on all parties requesting electronic notification in this case via the Court's CM/ECF system.

*/s/ Joshua A. Norris*