United States District Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONTINENTAL RESOURCES, INC., <br>      Plaintiff | § <br> § <br> § | |
| VS | § <br> § | CIVIL ACTION NO. 4:25 cv2181 |
| HESS CORPORATION, et al. <br>      Defendants. | | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on July 17, 2025, (Doc. No. 14) this case is **DISMISSED** without prejudice pursuant to  Federal Rule of Civil Procedure 41(a)(1)(A)(i ), as to all Defendants..

SIGNED at Houston, Texas, this 21st day of July, 2025.

_____
Andrew S. Hanen
United States District Judge